IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER NELSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 13 CV 3227 |
| v. | ) | |
| | ) | Judge Harry D. Leinenweber |
| VILLAGE OF SCHAUMBURG, et al. | ) | |
| | ) | Magistrate Judge Sheila M. Finnegan |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANT VILLAGE OF SCHAUMBURG'S AGREED
MOTION TO DISMISS PURSUANT TO SETTLEMENT**

Defendant Village of Schaumburg, through its attorneys, James G. Sotos and John J. Timbo of The Sotos Law Firm, P.C., hereby state that the parties have reached agreement to settle this matter, having entered into a Release and Settlement Agreement and attached Stipulation to Dismiss (Ex. A), and thus this matter should be dismissed, with prejudice and without costs or attorneys fees to any party.

Dated: January 19, 2015         RESPECTFULLY SUBMITTED,

/s/John J. Timbo
JOHN J. TIMBO, Attorney No. 06238251
*One of the Attorneys for Defendant Village of Schaumburg*

James G. Sotos
John J. Timbo
THE SOTOS LAW FIRM, P.C.
550 E. Devon Ave. Suite 150
Itasca, IL 60143
Tel: (630) 735-3300
Fax: (630) 773-0980
jtimbo@jsotoslaw.com

**CERTIFICATE OF SERVICE**

  I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on January 19, 2015, I electronically filed the foregoing **Defendant Village of Schaumburg's Agreed Motion to Dismiss Pursuant to Settlement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys listed on the attached Service List.

               /s/John J. Timbo
               JOHN J. TIMBO, Attorney No. 06238251
               *One of the Attorneys for Defendant Village of Schaumburg*

**SERVICE LIST**
*Nelson v. Village of Schaumburg, et al.*
Case No. 13 CV 3227

***Attorneys for Plaintiff***
Jeffrey S. Deutschman
Bradley A. Skafish
Deutschman & Associates, P.C.
77 W. Washington Street
Suite 1525
Chicago, IL 60602
Tel: (312) 419-1600
Fax: (312) 419-1610
jeff@deutschmanlaw.com
bskafish@hotmail.com

***Attorneys for Cichy and O'Brien***
Eileen E. Rosen
John J. Rock
Stacy A. Benjamin
Silvia Mercado Masters
Catherine M. Barber
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
Tel: (312) 494-1000
Fax: (312) 494-1001
erosen@rockfuscoconnelly.com
jrock@rockfuscoconnelly.com
sbenjamin@rockfuscoconnelly.com
cbarber@rockfuscoconnelly.com
smercado@rockfuscoconnelly.com