*Nelson v. Village of Schaumburg, et al.*
Case No. 13 CV 3227
Our File No. 3048

# EXHIBIT A

## Stipulation to Dismiss

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER NELSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13 CV 3227 |
| v. ) | |
| ) | Judge Harry D. Leinenweber |
| VILLAGE OF SCHAUMBURG, et al. ) | |
| ) | Magistrate Judge Sheila M. Finnegan |
| Defendants. ) | |
| ) | |
| ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

RESPECTFULLY SUBMITTED,

_____
JOHN J. TIMBO, *Attorney for Defendant Village of Schaumburg*

_____
BRADLEY A. SKAFISH, *Attorney for Plaintiff*

_____
SILVIA MERCADO MASTERS, *Attorney for Defendants Cichy and O'Brien*

James G. Sotos
John J. Timbo
THE SOTOS LAW FIRM, P.C.
550 E. Devon Ave. Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
Fax: (630) 773-0980
jtimbo@jsotoslaw.com